```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACE AMERICAN INSURANCE COMPANY,

                Plaintiff,

-against-

HBU U.S. HOLDINGS, INC.

                Defendant.

1:23-cv-588 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    Defendant's motion to dismiss [ECF No. 15] was filed without first requesting a pre-motion conference with the Court. Accordingly, the motion is denied without prejudice for failing to comply with this Court's Individual Rule 4Ai.

    The Clerk of Court is respectfully requested to terminate docket entry 15.

**SO ORDERED.**

**Date: January 31, 2023**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**