USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2025

# GODOSKY & GENTILE, P.C.

ATTORNEYS AT LAW
100 WALL STREET, SUITE 1702
NEW YORK, NEW YORK 10005

212-742-9700
FAX: 212-742-9706
WWW.GODOSKYGENTILE.COM

May 6, 2025

> The parties' joint application to stay all pending proceedings, including the petition for an order designating and appointing an umpire, ECF No. 27, and the motion to dismiss the amended petition, ECF No. 31, is GRANTED. On **July 7, 2025**, the parties shall file a joint report on the status of the parties' discussions about selecting an umpire.
>
> SO ORDERED.
>
> *Jennifer H. Rearden* (signature)
> Jennifer H. Rearden, U.S.D.J.
> Dated: May 7, 2025

**BY ECF FILING**
The Honorable Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 12B
New York, New York 10007

    Re:    *Ace American Insurance, Inc. v. HBC US Holdings Inc.*, (Docket No. 23-cv-588)

Dear Judge Rearden:

    The parties write jointly to notify the Court they have agreed to a method for selecting the umpire. Upon the anticipated completion of that process, the parties will notify the Court and dismiss the Petition to Appoint. Pending that notification, the parties respectfully request the Court stay the pending proceedings, including the Petition for Order Designating and Appointing an Umpire [DE 27] and the Motion to Dismiss Amended Petition for Appointment of Umpire [DE 31].

Respectfully submitted,

/s/ *David Godosky*
David Godosky, Esq.
Anthony P. Gentile, Esq.
GODOSKY & GENTILE, P.C.
100 Wall Street, Suite 1702
New York, New York 10005
Telephone: (212) 742-9700
Facsimile: (786) 523-0485
dg@godoskygentile.com
apg@godoskygentile.com

*Attorneys for HBC US Holdings Inc.*

O'MELVENY & MYERS LLP
By: /s/ *Allen W. Burton*
Allen W. Burton
Janine Panchok-Berry
aburton@omm.com
jpanchok-berry@omm.com
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Ph: +1 212 326 2000
Fx: +1 212 326 2061
Richard B. Goetz*
rgoetz@omm.com
400 Hope Street
Los Angeles, CA 90071-2899
Ph: +1 213 430 6000
Fx: +1 213 430 6407

*pro hac vice application forthcoming
*Attorneys for Petitioner ACE American Insurance Company*